AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT
☐ SUPERSEDING

**OFFENSE CHARGED**

18 U.S.C. § 1349 – Conspiracy to Commit Wire Fraud
18 U.S.C. § 1343 – Wire Fraud

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: See attached sheet.

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

**DEFENDANT - U.S**

▶ PATRICK JAMES BERHAN

DISTRICT COURT NUMBER
4:23-cr-00264 JSW

FILED
Aug 16 2023
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
FBI

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY   ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form   Ismail J. Ramsey
☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   Eric Cheng, Ajay Krishnamurthy, Alethea Sargent

**DEFENDANT**

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction   } ☐ Federal   ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?   ☐ Yes   ☐ No
If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS   ☐ NO PROCESS*   ☒ WARRANT   Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:                Before Judge:

Comments:

PENALTY SHEET (CONTINUED)

Count 1: Conspiracy to Commit Wire Fraud, 18 U.S.C. § 1349
- Maximum Sentence: 20 years
- Maximum Fine: $250,000.00 or twice the gross gain or loss
- Maximum Length of Supervised Release: 3 years
- Special Assessment of $100 per felony count

Counts 2-7: Wire Fraud, 18 U.S.C. § 1343
- Maximum Sentence: 20 years
- Maximum Fine: $250,000.00 or twice the gross gain or loss
- Maximum Length of Supervised Release: 3 years
- Special Assessment of $100 per felony count

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

**OFFENSE CHARGED**

18 U.S.C. § 1349 – Conspiracy to Commit Wire Fraud
18 U.S.C. § 1343 – Wire Fraud

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: See attached sheet.

Name of District Court, and/or Judge/Magistrate Location
**NORTHERN DISTRICT OF CALIFORNIA**
OAKLAND DIVISION

**DEFENDANT - U.S**
→ MORTEZA AMIRI

DISTRICT COURT NUMBER
4:23-cr-00264 JSW

**FILED**
Aug 16 2023
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
FBI

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on this form  Ismail J. Ramsey
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)  Eric Cheng, Ajay Krishnamurthy, Alethea Sargent

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges →
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction  ☐ Federal  ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No
If "Yes" give date filed

DATE OF ARREST → Month/Day/Year
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY → Month/Day/Year

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT    Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:            Before Judge:

Comments:

PENALTY SHEET (CONTINUED)

Count 1: Conspiracy to Commit Wire Fraud, 18 U.S.C. § 1349
- Maximum Sentence: 20 years
- Maximum Fine: $250,000.00 or twice the gross gain or loss
- Maximum Length of Supervised Release: 3 years
- Special Assessment of $100 per felony count

Counts 2-7: Wire Fraud, 18 U.S.C. § 1343
- Maximum Sentence: 20 years
- Maximum Fine: $250,000.00 or twice the gross gain or loss
- Maximum Length of Supervised Release: 3 years
- Special Assessment of $100 per felony count

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

**OFFENSE CHARGED**

18 U.S.C. § 1349 – Conspiracy to Commit Wire Fraud
18 U.S.C. § 1343 – Wire Fraud

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: See attached sheet.

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

**DEFENDANT - U.S**

▶ SAMANTHA GENOVEVA PETERSON

DISTRICT COURT NUMBER
4:23-cr-00264 JSW

**FILED**
Aug 16 2023
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
FBI

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
} MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form   Ismail J. Ramsey
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   Eric Cheng, Ajay Krishnamurthy, Alethea Sargent

**DEFENDANT**

**IS *NOT* IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction  } ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____

Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT    Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____   Before Judge: _____

Comments:

PENALTY SHEET (CONTINUED)

Count 1: Conspiracy to Commit Wire Fraud, 18 U.S.C. § 1349
- Maximum Sentence: 20 years
- Maximum Fine: $250,000.00 or twice the gross gain or loss
- Maximum Length of Supervised Release: 3 years
- Special Assessment of $100 per felony count

Counts 2-7: Wire Fraud, 18 U.S.C. § 1343
- Maximum Sentence: 20 years
- Maximum Fine: $250,000.00 or twice the gross gain or loss
- Maximum Length of Supervised Release: 3 years
- Special Assessment of $100 per felony count

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

**OFFENSE CHARGED**

18 U.S.C. § 1349 – Conspiracy to Commit Wire Fraud
18 U.S.C. § 1343 – Wire Fraud

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: See attached sheet.

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

**DEFENDANT - U.S**

▶ ERNESTO JUAN MEJIA-OROZCO

DISTRICT COURT NUMBER
4:23-cr-00264 JSW

FILED
Aug 16 2023
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
FBI

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. ATTORNEY   ☐ DEFENSE
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form   Ismail J. Ramsey
☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   Eric Cheng, Ajay Krishnamurthy, Alethea Sargent

**DEFENDANT**

**IS NOT IN CUSTODY**
  Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)
_____

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction    ☐ Federal  ☐ State

6) ☐ Awaiting trial on other charges
  If answer to (6) is "Yes", show name of institution
_____

Has detainer been filed?  ☐ Yes   If "Yes" give date filed
          ☐ No

DATE OF ARREST ▶ Month/Day/Year _____

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT    Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:
_____

Date/Time: _____   Before Judge: _____

Comments:

PENALTY SHEET (CONTINUED)

Count 1: Conspiracy to Commit Wire Fraud, 18 U.S.C. § 1349
- Maximum Sentence: 20 years
- Maximum Fine: $250,000.00 or twice the gross gain or loss
- Maximum Length of Supervised Release: 3 years
- Special Assessment of $100 per felony count

Counts 2-7: Wire Fraud, 18 U.S.C. § 1343
- Maximum Sentence: 20 years
- Maximum Fine: $250,000.00 or twice the gross gain or loss
- Maximum Length of Supervised Release: 3 years
- Special Assessment of $100 per felony count

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

**OFFENSE CHARGED**

18 U.S.C. § 1349 – Conspiracy to Commit Wire Fraud
18 U.S.C. § 1343 – Wire Fraud

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: See attached sheet.

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

**DEFENDANT - U.S**

▶ BRAULI RODRIGUEZ JALAPA

DISTRICT COURT NUMBER
4:23-cr-00264 JSW

FILED
Aug 16 2023
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
FBI

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form  Ismail J. Ramsey
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)  Eric Cheng, Ajay Krishnamurthy, Alethea Sargent

**DEFENDANT**

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)
_____

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction  ☐ Federal  ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution
_____

Has detainer been filed?  ☐ Yes  ☐ No   If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____

Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT   Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:
_____

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____   Before Judge: _____

Comments:

PENALTY SHEET (CONTINUED)

Count 1: Conspiracy to Commit Wire Fraud, 18 U.S.C. § 1349
- Maximum Sentence: 20 years
- Maximum Fine: $250,000.00 or twice the gross gain or loss
- Maximum Length of Supervised Release: 3 years
- Special Assessment of $100 per felony count

Counts 2-7: Wire Fraud, 18 U.S.C. § 1343
- Maximum Sentence: 20 years
- Maximum Fine: $250,000.00 or twice the gross gain or loss
- Maximum Length of Supervised Release: 3 years
- Special Assessment of $100 per felony count

AO 257 (Rev. 6/78)

| **DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT** |
|---|

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT   ☐ SUPERSEDING

---OFFENSE CHARGED---

18 U.S.C. § 1349 – Conspiracy to Commit Wire Fraud
18 U.S.C. § 1343 – Wire Fraud

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: See attached sheet.

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

---DEFENDANT - U.S---

AMANDA CARMELLA THEODOSY,
a/k/a AMANDA CARMELLA NASH

DISTRICT COURT NUMBER
4:23-cr-00264 JSW

FILED
Aug 16 2023
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

---PROCEEDING---

Name of Complaintant Agency, or Person (& Title, if any)
FBI

☐ person is awaiting trial in another Federal or State Court, give name of court _____

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District _____

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY   ☐ DEFENSE
SHOW DOCKET NO. _____

☐ this prosecution relates to a pending case involving this same defendant
MAGISTRATE CASE NO. _____

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under _____

Name and Office of Person Furnishing Information on this form: Ismail J. Ramsey
☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned): Eric Cheng, Ajay Krishnamurthy, Alethea Sargent

---DEFENDANT---

**IS *NOT* IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District) _____

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction   ☐ Federal   ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution _____

Has detainer been filed?   ☐ Yes   ☐ No
If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____

Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

---ADDITIONAL INFORMATION OR COMMENTS---

PROCESS:
☐ SUMMONS   ☐ NO PROCESS*   ☒ WARRANT    Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance

Defendant Address: _____

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____   Before Judge: _____

Comments:

PENALTY SHEET (CONTINUED)

Count 1: Conspiracy to Commit Wire Fraud, 18 U.S.C. § 1349
- Maximum Sentence: 20 years
- Maximum Fine: $250,000.00 or twice the gross gain or loss
- Maximum Length of Supervised Release: 3 years
- Special Assessment of $100 per felony count

Counts 2-7: Wire Fraud, 18 U.S.C. § 1343
- Maximum Sentence: 20 years
- Maximum Fine: $250,000.00 or twice the gross gain or loss
- Maximum Length of Supervised Release: 3 years
- Special Assessment of $100 per felony count

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: OAKLAND

```
FILED
Aug 16 2023
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO
```

UNITED STATES OF AMERICA,

V.

PATRICK JAMES BERHAN,
MORTEZA AMIRI,
AMANDA CARMELLA THEODOSY,
a/k/a AMANDA CARMELLA NASH,
SAMANTHA GENOVEVA PETERSON,
ERNESTO JUAN MEJIA-OROZCO, and
BRAULI RODRIGUEZ JALAPA

DEFENDANT(S).

# INDICTMENT

18 U.S.C. § 1349 – Conspiracy to Commit Wire Fraud (one count)
18 U.S.C. § 1343 – Wire Fraud (six counts)
18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) – Forfeiture Allegation

A true bill.

/s/ Foreperson of the Grand Jury
                                                    Foreman

Filed in open court this __16th__ day of
__August__.

Brittany Sims, Clerk

Bail, $ __NO BAIL__

Hon. Magistrate Judge Lisa J. Cisneros

1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney

FILED

Aug 16 2023

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> (1) PATRICK JAMES BERHAN, <br> (2) MORTEZA AMIRI, <br> (3) AMANDA CARMELLA THEODOSY, <br>     a/k/a AMANDA CARMELLA NASH, <br> (4) SAMANTHA GENOVEVA PETERSON, <br> (5) ERNESTO JUAN MEJIA-OROZCO, and <br> (6) BRAULI RODRIGUEZ JALAPA, <br><br> Defendants. | CASE NO. 4:23-cr-00264 JSW <br><br> VIOLATIONS: <br> 18 U.S.C. § 1349 – Conspiracy to Commit Wire Fraud; <br> 18 U.S.C. § 1343 – Wire Fraud; <br> 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) – Forfeiture Allegation <br><br> OAKLAND VENUE |

INDICTMENT

The Grand Jury charges:

Introductory Allegations

At all times relevant to this Indictment:

1. The Pittsburg Police Department ("PPD") was the police department for the city of Pittsburg, located in the Northern District of California.

2. The Antioch Police Department ("APD") was the police department for the city of Antioch, located in the Northern District of California.

3. Patrick JAMES BERHAN resided in the Northern District of California and was

INDICTMENT

employed as a police officer with PPD.

4. Morteza AMIRI resided in the Northern District of California and was employed as a police officer with APD.

5. Amanda Carmella THEODOSY a/k/a Amanda Carmella NASH ("THEODOSY") resided in the Northern District of California and was employed as a police officer with PPD.

6. Samantha Genoveva PETERSON resided in the Northern District of California and was employed by APD, including as a community services officer (CSO).

7. Ernesto Juan MEJIA-OROZCO ("MEJIA") resided in the Northern District of California and was employed as a police officer with PPD.

8. Brauli RODRIGUEZ JALAPA ("RODRIGUEZ") resided in the Northern District of California and was employed as a police officer of PPD or the Oakland Housing Authority.

9. Individual-1 resided in the Northern District of California.

10. University-1 was a distance learning institution based in Santa Ana, California offering classes online. The institution took applications from prospective students, accepted tuition payments via check and credit card, and awarded university-level degrees following the successful completion of requisite coursework and exams.

11. The defendants enrolled at University-1, which offered a Bachelor of Science degree in Criminal Justice.

12. Transactions using the Venmo payment service were initiated by individuals in the Northern District of California and/or received by Individual-1 in the Northern District of California and sent for processing, via wire, through Venmo's servers located outside the state of California.

13. Transactions using Visa credit and/or debit cards were initiated by or on behalf of individuals in the Northern District of California and sent for processing, via wire, through servers located outside the state of California.

### The Scheme and Artifice to Defraud

14. Beginning no later than in or about June 2019, and continuing through at least in or about May 2021, in the Northern District of California and elsewhere, the defendants knowingly conspired to devise and execute a scheme and artifice to defraud as a material matter, and to obtain money and

property by means of materially false and fraudulent pretenses, representations, and promises, and by omission and concealment of material facts.

As part of the scheme to defraud:

15. The defendants were employed at police departments that offered reimbursements toward higher education tuition and expenses, as well as pay raises and/or increased benefits upon completion of a degree.

16. The defendants employed Individual-1 to fraudulently take courses, submit essays, and complete exams on their behalf, rather than complete coursework on their own as was required to earn the degrees at University-1.

17. Between in or about June 2019 and in or about August 2019, BERHAN utilized Individual-1 to take and complete multiple courses on his behalf toward a Bachelor Science in Criminal Justice. University-1 thereafter awarded a degree to BERHAN based on the fraudulent coursework of Individual-1 for BERHAN. BERHAN then applied for and received reimbursements and increases to his pay from PPD.

18. Following Individual-1's completion of BERHAN's coursework, BERHAN promoted Individual-1's services to take and complete similar University-1 coursework for other police officers and employees as a further part of the scheme to defraud. BERHAN also benefited from payments received by Individual-1 in furtherance of the scheme.

19. As a further part of the scheme to defraud, between in or about January 2020 and in or about April 2020, AMIRI employed Individual-1 to take and complete multiple courses on his behalf toward a Bachelor Science in Criminal Justice. AMIRI paid Individual-1 using Venmo on multiple occasions, including a $250 payment on or about February 18, 2020. University-1 thereafter awarded a degree to AMIRI based on the fraudulent coursework of Individual-1 for AMIRI. AMIRI then applied for and received reimbursements and increases to his pay from APD.

20. As a further part of the scheme to defraud, between in or about May 2020 and in or about June 2020, THEODOSY employed Individual-1 to take and complete multiple courses on her behalf toward a Bachelor Science in Criminal Justice. THEODOSY paid Individual-1 using Venmo on multiple occasions, including a $230 payment on or about May 27, 2020. University-1 thereafter

INDICTMENT                                                3

awarded a degree to THEODOSY based on the fraudulent coursework of Individual-1 for THEODOSY. THEODOSY then applied for and received reimbursements and increases to her pay from PPD.

21. As a further part of the scheme to defraud, between in or about November 2020 and in or about January 2021, PETERSON employed Individual-1 to take and complete multiple courses on her behalf toward a Bachelor Science in Criminal Justice. PETERSON paid Individual-1 using Venmo on multiple occasions, including a $275 payment on or about December 7, 2020. University-1 thereafter awarded a degree to PETERSON based on the fraudulent coursework of Individual-1 for PETERSON. PETERSON then applied for and received reimbursements and increases to her pay from APD.

22. As a further part of the scheme to defraud, between in or about December 2020 and March 2021, MEJIA employed Individual-1 to take and complete multiple courses on his behalf toward a Bachelor Science in Criminal Justice. MEJIA paid Individual-1 using cash, via BERHAN. MEJIA paid tuition to University-1 in installments, including approximately $100 on or about January 18, 2022 using a Visa card. MEJIA applied for and received reimbursements and increases to his pay from PPD based on the fraudulent coursework of Individual-1 for MEJIA.

23. As a further part of the scheme to defraud, in or about April 2021, RODRIGUEZ employed Individual-1 to take and complete courses on his behalf toward a Bachelor of Science in Criminal Justice. RODRIGUEZ paid Individual-1 using cash, via BERHAN. RODRIGUEZ paid tuition to University-1, including approximately $12,130 on or about May 8, 2021 using a Visa card. RODRIGUEZ then requested reimbursement from his employer, the Oakland Housing Authority police department, based on the fraudulent coursework of Individual-1 for him.

//
//
//
//
//
//
//

INDICTMENT                                    4

COUNT ONE: (18 U.S.C. § 1349 – Conspiracy to Commit Wire Fraud)

24. Paragraphs 1 through 23 of this Indictment are re-alleged and incorporated as if fully set forth here.

25. Beginning no later than in or about June 2019 and continuing through at least in or about May 2021, in the Northern District of California and elsewhere, the defendants,

PATRICK JAMES BERHAN,
MORTEZA AMIRI,
AMANDA CARMELLA THEODOSY, a/k/a AMANDA CARMELLA NASH,
SAMANTHA GENOVEVA PETERSON,
ERNESTO JUAN MEJIA-OROZCO, and
BRAULI RODRIGUEZ JALAPA,

and others known and unknown to the Grand Jury, did knowingly conspire to devise and intend to devise a scheme and artifice to defraud as to a material matter and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, and by omission and concealment of material facts, and, for the purpose of executing such scheme or artifice and attempting to do so, did transmit, and cause to be transmitted, by means of wire communication in interstate commerce, certain writings, signs, and signals, in violation of Title 18, United States Code, Section 1343.

All in violation of Title 18, United States Code, Section 1349.

COUNTS TWO THROUGH SEVEN: (18 U.S.C. § 1343 – Wire Fraud)

26. Paragraphs 1 through 23 of this Indictment are re-alleged and incorporated as if fully set forth here.

27. On or about the dates set forth in the separate counts below, in the Northern District of California and elsewhere, for the purpose of executing the aforementioned scheme and artifice to defraud and attempting to do so, the defendants set forth in the separate counts below did knowingly transmit and cause to be transmitted in interstate and foreign commerce, by means of a wire communication, certain writings, signs, signals, pictures, and sounds, specifically:

//
//

INDICTMENT 5

| COUNT | DEFENDANT | DATE | WIRE |
|---|---|---|---|
| 2 | PATRICK JAMES BERHAN | December 22, 2020 | $2,400 payment to University-1 using Capital One Visa Signature card ending in -8234 |
| 3 | MORTEZA AMIRI | February 18, 2020 | $250 payment to Individual-1 using Venmo |
| 4 | AMANDA CARMELLA THEODOSY a/k/a AMANDA CARMELLA NASH | May 27, 2020 | $230 payment to Individual-1 using Venmo |
| 5 | SAMANTHA GENOVEVA PETERSON | December 7, 2020 | $275 payment to Individual-1 using Venmo |
| 6 | ERNESTO JUAN MEJIA OROZCO | January 18, 2022 | $100 payment to University-1 using Bank of America Visa card ending in -3015 |
| 7 | BRAULI RODRIGUEZ JALAPA | May 8, 2021 | $12,130 payment to University-1 using Capital One Visa card ending in -0215 |

All in violation of Title 18, United States Code, Section 1343.

FORFEITURE ALLEGATION:   (18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c))

The allegations contained in this Indictment are re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

Upon conviction for any of the offenses set forth in this Indictment, the defendants,

PATRICK JAMES BERHAN,
MORTEZA AMIRI,
AMANDA CARMELLA THEODOSY, a/k/a AMANDA CARMELLA NASH,
SAMANTHA GENOVEVA PETERSON,
ERNESTO JUAN MEJIA-OROZCO, and
BRAULI RODRIGUEZ JALAPA,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), all property, real or personal, constituting, or derived from proceeds the defendant obtained directly and indirectly, as the result of those violations.

If any of the property described above, as a result of any act or omission of the defendant:

    a.    cannot be located upon exercise of due diligence;

INDICTMENT                                              6

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

  All pursuant to Title 18, United States Code, Section 981(a)(1)(C), Title 28, United States Code, Section 2461(c), and Federal Rule of Criminal Procedure 32.2.

DATED: August 16, 2023           A TRUE BILL.

                       /s/
                     FOREPERSON
                     San Francisco, California

ISMAIL J. RAMSEY
United States Attorney


  /s/
ERIC CHENG
AJAY KRISHNAMURTHY
ALETHEA SARGENT
Assistant United States Attorneys

INDICTMENT            7